ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :
            v.                      :   Affirmation in Support of
                                    :   Application for an Order of
YUDY CENTENO,                       :   Continuance
                                    :
            Defendant.              :   15 Mag. 0791
-----------------------------------X

State of New York          )
County of New York         : ss.:
Southern District of New York )

       Hagan Scotten, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

       1. I am an Assistant United States Attorney in the Office of Preet Bharara, United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

       2. The defendant was arrested on March 20, 2015, and was charged with violations of 18 U.S.C. §§ 371, 473, and 2 in a complaint dated March 12, 2015. The defendant was presented before Magistrate Judge Debra Freeman on March 21, 2015 and was represented by Sara Baumgartel, Esq. Judge Freeman continued the bail hearing on March 25, 2015, where the defendant was

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 20 2015

represented by Glenn Garber, Esq., and ordered detained. Accordingly, under the Speedy Trial Act, the Government was initially required to file an indictment or information on or before April 20, 2015.

4. Glenn Garber, Esq., defense counsel representing the defendant after his initial presentment, and I have discussed a possible disposition of this case. Because these negotiations were not completed by April 20, 2015, the Government requested, and the defendant consented to, an order continuing the date by which the Government is required to file an indictment or information. On April 20, 2015, Magistrate Judge Ronald L. Ellis entered an order continuing that date to May 20, 2015.

4. Glenn Garber, Esq., defense counsel representing the defendant, and I have continued discussing a possible disposition of this case. The negotiations have not been completed, and we plan to continue our discussions but do not anticipate a resolution before the deadline under the Speedy Trial Act expires on May 20, 2015.

5. Therefore, the Government is requesting a continuance until June 4, 2015, to continue the foregoing discussions and reach a disposition of this matter. I

2

personally communicated with defense counsel on May 18, 2015, and he consents to this request.

      6. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:    New York, New York
            May 19, 2015

                                        Hagan Scotten
                                        Assistant United States Attorney
                                        (212) 637-2410